| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| **v.** | * | Misc. Docket AG No. 64 |
| **PAMELA ANNE MCLEAN** | * | September Term, 2021 |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Pamela Anne McLean, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of one year of probation with terms, for violation of Rules 1.6 and 1.7 of the District of Columbia Rules of Professional Conduct, it is this 25th day of February, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Pamela Anne McLean, be suspended for 60 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge



Suzanne C. Johnson, Clerk